848

No. 106, Misc. SCHWITZENBERG v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 107, Misc. JEFFERY v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 108, Misc. FOWLER v. CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 114, Misc. GIRONDA ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Selig Lenefsky* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Philip R. Monahan* for the United States.

No. 115, Misc. ROBERTSON v. NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 117, Misc. WISSENFELD v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 123, Misc. LAWSON v. CAVELL, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 124, Misc. BOOKER v. DISTRICT ATTORNEY OF BRONX COUNTY. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 125, Misc. PRICE v. WARDEN. Court of Appeals of Maryland. Certiorari denied.

No. 136, Misc. LARSEN v. GIBSON, CHIEF JUSTICE, SUPREME COURT OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.